**Mary Lynn DRAKE et al.**

v.

**Margaret POPINSKI.**

**No. 79–254–A.**

Supreme Court of Rhode Island.

Feb. 14, 1980.

E. Peter Gallogly, Jr., Wakefield, for plaintiffs.

Martin M. Zucker, Providence, for defendant.

## ORDER

The plaintiff having filed his brief, defendant's motion to remand is denied. The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Tuesday, April 8, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

**In the Matter of the ESTATE OF Conceicao Lopes FONSECA.**

**No. 80–57–M.P.**

Supreme Court of Rhode Island.

Feb. 14, 1980.

Owen B. Landman, Selya & Iannuccillo, Inc., Providence, for petitioner.

Richard Bruce Feinstein, Providence, for respondents.

## ORDER

The petition for writ of certiorari and motion for restraining order are denied.

DORIS, J., did not participate.